1

**LiLaw Inc.**
J. James Li, Ph.D. (SBN 202855)
Email: lij@lilaw.us
Daniel Peterson (SBN 326798)
Email: petersond@lilaw.us
1905 Hamilton Avenue, Suite 200
San Jose, California 95125
Telephone: (650) 521-5956
Facsimile: (650) 521-5955

Attorneys for Plaintiff OSD AUDIO

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

| | |
|---|---|
| SANTOS ELECTRONICS INC., dba OSD AUDIO, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> OUTLAW AUDIO, LLC, a Massachusetts limited liability company, BENJAMIN BREWER, an individual, JONATHAN S. LEDERMAN, an individual, PETER D. TRIBEMAN, an individual, <br><br> Defendants. | **Case No. 8:22-cv-827** <br><br> **COMPLAINT FOR FRAUDULENT REPRESENTATION UNDER THE DIGITAL MILLENNIUM COPYRIGHT ACT (DMCA)** <br><br> **DEMAND FOR JURY TRIAL** |

17

18

19

20

21

Case No. 8:22-cv-827



Plaintiff Santos Electronics Inc., dba OSD Audio ("Plaintiff" or "OSD") hereby complains against Defendants Outlaw Audio, LLC ("Outlaw"), Benjamin Brewer ("Brewer"), Jonathan S. Lederman ("Lederman"), and Peter D. Tribeman ("Tribeman") (collectively "Defendants"):

## PARTIES AND NATURE OF ACTION

1.      Plaintiff is a California corporation based in Orange County, California.

2.      On information and belief, Defendant Outlaw is a Massachusetts limited liability company with its primary office located at 10 Commerce Way, Suite 10B, Norton, MA 02766.

3.      On information and belief, Defendant Brewer is an employee of Outlaw and a resident of Massachusetts.

4.      On information and belief, Defendant Lederman is an employee and manager of Outlaw and a resident of Massachusetts.

5.      On information and belief, Defendant Peter Tribeman is the Managing Partner of Outlaw and a resident of Massachusetts.

6.      This is a case for misrepresentation filed under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. 512(f).

//

//

//



## JURISDICTION AND VENUE

7.     This Court has personal jurisdiction over Defendants because they have aimed their intentional misconducts at Plaintiff, a California corporate resident, knowing their conducts will cause damages to Plaintiff.

8.     This Court has original jurisdiction over the action because the claim arises under the United States copyright law.

9.     The venue is proper in the Central District of California because, pursuant to 28 U.S.C. § 1391(b)(2), a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## GENERAL ALLEGATIONS

10.     Plaintiff is in the business of developing and selling audio products.

11.     On information and belief, Defendants are in the business of selling audio products. On information and belief, Defendant Outlaw sells products either wholly imported from foreign countries or partially assembled in the United States using imported parts.

12.     In 2019, the Federal Trade Commission investigated Outlaw for its deceptive marketing practice that characterized its products as "Made," "Built," or Manufactured" in the United States. Consequently, a variety of "remedial action" were implemented by Outlaw.

//

//



13.     On information and belief, Outlaw sources some of its products through an agent from a manufacturer in China, Homni Integ Electronics ("Homni"). Homni owns the "Carver" brand and as well as associated intellectual properties.

14.     Plaintiff licensed Carver's multi-channel amplifier products, Carver HTA5A. Along with the license, Plaintiff was provided with Carver's user manual, which Plaintiff modified into the user manual for its multi-channel amplifier products (the "OSD Products"). Plaintiff sells the OSD products through its website and Amazon.com.

15.     On or about March 2, 2022, Defendant Brewer, acting as an agent and for the benefit of Outlaw, sent Amazon.com a complaint which made the following false claims (the "Brewer Claims"):

    a.  "OSD Audio has stolen our IP relating to custom created images and written content and placed it in their manual."

    b.  "Through out [*sic*] this whole process they have stolen and used our content for their manual, and by using a more basic design/layout, they have tried to getting away with stealing our written content almost word for word. They have also stolen our illustrative images we created of speaker/room placement, AC wall outlets, DC trigger outs, and ground loop diagrams."

16.     The Brewer Claims are false because both Outlaw and OSD's manuals were originated from Homni, Carver's current owner.



1    17.   On information and belief, Brewer acted according to the instructions or

2    consent by Lederman as his manager and ultimately by Tribeman as the Managing

3    Partner of Outlaw.

4    18.   On information and belief, Defendants conspired to make an intentional

5    misrepresentation about the user manual because they knew from their agent in China

6    that both OSD and Outlaw derived their user manuals from Carver.

7    19.   In response to the Brewer Claims, Amazon.com took down the OSD

8    Products.

9    20.   Although Plaintiff knew that the Brewer Claims were false because it

10   licensed the user manual from Carver along with the product designs. However, to

11   avoid any dispute on this issue, Plaintiff redesigned the manual to avoid using any

12   texts or images from Carver's user manual.

13   21.   On or about March 10, 2022, Plaintiff's legal counsel sent a cease-and-

14   desist letter to Brewer, telling him about the Carver license and the new user manual.

15   The letter attached Carver's HTA5A user manual and Plaintiff's newly designed

16   manual. The same letter was also sent to Amazon.com along with a counter-notice to

17   the Outlaw's takedown notice. Attached as Exhibit 1 is a true and correct copy of the

18   letter with its original exhibits.

19   22.   On or about April 7, 2022, Amazon.com noticed Plaintiff that the OSD

20   Products had been re-instated.

21



23.     On the same day, Plaintiff entered a "removal order" with Amazon.com to remove all unsold OSD Products with the old user manuals.

24.     On or about April 9, 2022, Defendant Lederman filed a new takedown complaint with Amazon.com which stated the following false claims ("4/9 Lederman Claims"):

      a.  "OSD Audio has wholesale pirated large sections of the text and custom images from the Outlaw Audio Model 5000 manual and shipped the pirated manuals with their Model XA5180 as their own."

      b.  "OSD has changed their product name multiple times, but each time, uses our copyrighted content they package with their product. As a small company, this is very hard for us because it is like a cat and mouse game. OSD continues to use Amazon's online store and FBA to distribute pirated content."

      c.  "They have tried to getting [*sic*] away with stealing our written content word for word. They have also stolen our illustrative images we created for speaker/room placement, AC wall outlets, DC trigger outs, and ground loop diagrams."

25.     On information and belief, Lederman acted as an agent and for the benefit of Outlaw in filing the 4/9 Lederman Claim with Amazon.com and acted according to the instructions, knowledge or consent of Tribeman as the Managing Partner of Outlaw.



26.     The 4/9 Lederman Claims were intentionally false as by April 9, 2022, the date of the misrepresentation, Outlaw certainly knew the fact that both Outlaw and OSD derived their user manuals from Carver and that OSD had already removed the contents of the Carver manual in any event.

27.     In response to the 4/9 Lederman Claims, Amazon.com again took down the OSD Products with the new manuals.

28.     On or about April 12, 2022, Amazon.com re-instated OSD Products with the new manuals upon OSD's counter notice.

29.     On or about April 13, 2022, Lederman filed another complaint with Amazon.com ("4/13 Lederman Claims") which conclusorily stated the "Infringement type" as "Copyright on the product or product packaging."

30.     On information and belief, Lederman acted as an agent and for the benefit of Outlaw in filing the 4/13 Lederman Claim with Amazon.com and acted according to the instructions, knowledge or consent of Tribeman as the General Manager of Outlaw.

31.     The 4/13 Lederman Claims were intentionally false. Lederman knew Outlaw had no intellectual property in the Carver designs which both Outlaw and OSD have adopted. Lederman also knew that the packaging of the OSD Products do not resemble the packaging of Outlaw's products.

32.     The 4/13 Lederman Claim again caused Amazon.com to take down the OSD Products. However, upon OSD's counter notice, Amazon.com reinstated the OSD Products on April 15, 2022.



**COUNT ONE**

**Misrepresentation under DMCA**

**(Against All Defendants)**

33.     Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

34.     The DMCA provides a means for copyright owner to demand online vendors like Amazon.com to take down a product that infringes the owner's copyright. To discourage abuse of this takedown provision as a tool of unfair competition, DMCA provides a remedy for the aggrieved party whose products have been taken down by false claim of copyright infringement.

35.     Under 17 U.S.C. 512(f), "Any person who knowingly materially misrepresents … that material or activity is infringing … shall be liable for any damages, including costs and attorneys' fees, incurred by the alleged infringer … who is injured by such misrepresentation, as the result of the service provider relying upon such misrepresentation in removing or disabling access to the material or activity claimed to be infringing…."

36.     Defendants knowingly made material misrepresentation to Amazon.com that Outlaw owned the copyright of Carver's user manual and that Plaintiff "stole" or "pirated" the manual, while Defendants knew Plaintiff licensed the manual from Carver.

37.    After Plaintiff re-wrote the user manual to remove the Carver contents, Defendants continued falsely accusing Plaintiff of copying its user manual.

38.    After it is absolutely clear that there was no copying of even the Carver manual, Defendants filed a third claim falsely claiming "infringement" of copyright "on the product or product packaging."

39.    Defendants' intentional misrepresentations have caused Amazon to take down the OSD Products three times, causing significant economic damages to Plaintiff.

40.    Plaintiff seeks all damages from Defendants including attorney's fees and cost of the suit.

## PRAYER FOR RELIEF

41.    WHEREFORE, Plaintiff prays for relief against Defendants that the Court shall

    a.  Impose preliminary and permanent injunction on Defendants to bar any further wrongdoings;

    b.  Award compensatory damages according to the proof;

    c.  Award punitive and exemplary damages to deter similar wrongdoings;

    d.  Award prejudgment interest at the maximum legal rate as allowed by the law;

    e.  Award reasonable attorney's fees according to proof;

f.   Award costs of suit herein incurred; and

g.   Award such other and further relief as the Court may deem proper.

## JURY DEMAND

42.   Plaintiff hereby demands a trial by jury on all issues so triable.

DATED:  April 18, 2022              **LiLaw Inc.**

By   /s/ *J. James Li*

J. James Li, Ph.D.
Attorneys for Plaintiff OSD Audio



# Exhibit 1

# LILAW INC.

650.521.5956   www.lilaw.us
1905 Hamilton Ave., Ste 200, San Jose, CA 95125

J. James Li, Ph.D. (lij@lilaw.us)

March 10, 2022

Benjamin Brewer
Outlaw Audio
amazon@outlawaudio.com

VIA E-MAIL

RE:  ASIN B074415515/Complaint ID: 9704764371.

Dear Mr. Brewer:

On behalf of OSD Audio ("OSD"), this is a cease-and-desist letter regarding Amazon.com ("Amazon")'s takedown of OSD's channel amplifier product ASIN B074415515 (the "Product") in response to a notice filed by Outlaw Audio ("Outlaw") under the Digital Millennium Copyright Act ("DMCA").

Contrary to Outlaw's misrepresentation, the Product has not infringed any copyright of Outlaw. The Product was licensed from Carver and the manual of the Product was modified from Carver's HTA5A manual with authorization. Carver started selling its products before Outlaw. Thus, Outlaw does not own copyright of the manual at issue. The similarity of the Product's manual to Outlaw's was due to the fact that both were derived from Carver's manual. Attached as Exhibit A please find a copy of Carver's HTA5A manual.

We believe Outlaw likely has filed a false take-down notice that intentionally misrepresented its ownership of the copyrighted materials in the HTA5A manual and falsely accused OSD of copyright infringement. Outlaw also falsely represented to Amazon about their prior notification to OSD—so far OSD's only notice of this false accusation by Outlaw was from Amazon.

In case Outlaw for some reason disputes with Carver about the ownership of the copyright of the manual at issue, OSD has decided to completely rewrite its manual to avoid being affected by this potential dispute. Attached please find our revised manual which has removed the portions transferred from Carver's manual.

Thus, regardless of whether Outlaw or Carver owns the copyright of the manual, OSD is moving on with its new manual. We ask you to withdraw your takedown notice from Amazon. Any delay in doing so will cause economic damages to OSD. We reserve all rights to seek remedies.

Very truly yours,

/s/ J. James Li

J. James Li, Ph.D.

Exhibit A

# CARVER HTA5A
# MULTI CHANNEL AMPLIFIER

# Owner's Manual



## Please Read First



**⚠ CAUTION**
RISK OF ELECTRIC SHOCK
DO NOT OPEN

 **CAUTION:** To reduce the risk of electric shock, do not remove the cover. No user serviceable parts inside. Refer to qualified personnel.

**WARNING:** To reduce the risk of or electric shock, do not expose this appliance to rain or moisture.

 The lightning flash with arrowhead, within an equilateral triangle, is intended to alert the user to the presence of uninsulated "dangerous voltage" within the product's enclosure that may be of sufficient magnitude to constitute a risk of electrical shock to persons.

The exclamation point within an equilateral triangle is intended to alert the user to the presence of important operating maintenance (servicing) instructions in the literature accompanying the appliance.

## WARNING: Important Safeguards

▶ **Read Instructions** All the safety and operating instructions should be read before the unit is operated.

▶ **Retain Instructions** The safety and operating instructions should be retained for future reference.

▶ **Heed Warnings** All warnings on the unit and in the operating instructions should be adhered to.

▶ **Follow Instructions** All operating and use instructions should be followed.

▶ **Cleaning** Unplug the unit from the wall outlet before cleaning. The unit should be cleaned only as recommended by the manufacturer.

▶ **Attachments** Do not use attachments not recommended by the unit manufacturer as they may cause hazards.

▶ **Water and Moisture** Do not use the unit near water—for example, near a bath tub, wash bowl, kitchen sink, or laundry tub; in a wet basement; or near a swimming pool.

▶ **Accessories** Do not place the unit on an unstable cart, stand, tripod, bracket, or table. The unit may fall, causing serious injury to a child or adult, and serious damage to the unit. Any mounting of the unit should follow the manufacturer's instructions, and should use a mounting accessory recommended by the manufacturer.

▶ **Ventilation** Slots and openings in the cabinet are provided for ventilation and to ensure reliable operation of the unit and to protect it from overheating, and these openings must not be blocked or covered. The openings should never be blocked by placing the unit on a bed, sofa, rug, or other similar surface. The unit should not be placed in a built-in installation such as a bookcase or rack unless proper ventilation is provided. There should be free space of at least 16 cm (6 in.) and an opening behind the unit.

▶ **Power Sources** The unit should be operated only from the type of power source indicated on the marking label. If you are not sure of the type of power supplied to your home, consult your unit dealer or local power company.

▶ **Grounding or Polarization** The unit may be equipped with a polarized alternating current line plug (a plug having one blade wider than the other). This plug will fit into the power outlet only one way. This is a safety feature. If you are unable to insert the plug fully into the outlet, try reversing the plug. If the plug should still fail to fit, contact a licensed electrician to replace your obsolete outlet. Do not defeat the safety purpose of the polarized plug.

▶ **Power-Cord Protection** Power-supply cords should be routed so that they are not likely to be walked on or pinched by items placed upon or against them, paying particular attention to cords where they enter a plug, or a convenience receptacle, and the point where they exit from the unit.

▶ **Outdoor Antenna Grounding** If an outside antenna or cable system is connected to the unit, be sure the antenna or cable system is grounded so as to provide some protection against voltage surges and built-up static charges. Article 810 of the National Electrical Code, ANSI/NFPA 70, provides information with regard to proper grounding of the mast and supporting structure, grounding of the lead-in wire to an antenna-discharge unit, size of grounding conductors, location of antenna-discharge unit, connection to grounding electrodes, and requirements for the grounding electrode.

▶ **Lightning** For added protection for the unit during a lightning storm, or when it is left unattended and unused for long periods of time, unplug it from the wall outlet and disconnect the antenna or cable system. This will prevent damage to the unit due to lightning and power-line surges.

▶ **Power Lines** An outside antenna system should not be located in the vicinity of overhead power lines or other electric light or power circuits, or where it can fall into such power lines or circuits. When installing an outside antenna system, extreme care should be taken to keep from touching such power lines or circuits as contact with them might be fatal.

▶ **Overloading** Do not overload wall outlets, extension cords, or integral convenience receptacles as this can result in a risk of fire or electric shock.

▶ **Object and Liquid Entry** Never push objects of any kind into the unit through openings as they may touch dangerous voltage points or short-out parts that could result in a fire or electric shock. Never spill liquid of any kind on the unit.

▶ **Servicing** Do not attempt to service the unit yourself as opening or removing covers may expose you to dangerous voltage or other hazards. Refer all servicing to Carver.

▶ **Damage Requiring Service** Unplug the unit from the wall outlet and refer servicing to Carver under the following conditions:
  ◦ When the power-supply cord or plug is damaged,
  ◦ If liquid has been spilled, or objects have fallen into the unit,
  ◦ If the unit has been exposed to rain or water,
  ◦ If the unit does not operate normally by following the operating instructions. Adjust only those controls that are covered by the operating instructions as an improper adjustment of other controls may result in damage and will often require extensive work by a Carver to restore the unit to its normal operation,
  ◦ If the HTA15A has been dropped or damaged in any way, the unit should be examined by Carver.
  ◦ When the unit exhibits a distinct change in performance—this indicates a need for service.

▶ **Heat** The unit should be situated away from heat sources such as radiators, heat registers, stoves, or other units (including amplifiers) that produce heat.

▶ **IMPORTANT SAFETY NOTE** Before connecting a new component such as the HTA5A to your audio or home theater system it is always good practice to make certain that all components are turned off, and preferably unplugged from their AC power source. Many modern electronics products feature automatic turn-on circuits that may be activated during an installation, causing the potential for damage to electronic components and/or speakers. Such damage is not covered by product warranties and Carver Audio specifically disclaims responsibility for any such damage.

## Precautions

### Verify The Line Voltage
Your new amplifier has been factory configured for 120 (+/−3%) volt AC lines. Connecting the amplifier to a line voltage other than that for which it is intended can create a safety and fire hazard, and may damage the amplifier. If you have any questions about the voltage requirements for your specific model, or about the line voltage in your area, contact Carver Audio before plugging the unit into a wall outlet.

### Verify AC Circuit Capacity
The high power output of your Carver amplifier may require heavy power draw under full load conditions. To insure proper performance, and to avoid potential safety hazards, we recommend that it be connected to a minimum 15 Amp capacity circuit. Connecting multiple amplifiers to the same circuit, or connecting it to a circuit used by other heavy power devices, such as air conditioners, may cause circuit breakers to trip.

⚠ It is always a good idea to avoid using any audio or video equipment on the same AC circuit as equipment with motors, such as air conditioners or refrigerators. This will lessen the possibility of power variation and electrical start-up noise affecting your sound system.

### Extension Cords and Power Strips
We do not recommend that extension cords be used with this product unless they are of sufficient gauge to pass the necessary current during full load conditions. Most inexpensive extension cords are not capable of such high-current loads.

Similarly, should you use a power strip, surge protector or any type of AC power line conditioning equipment, make certain that it is also able to handle the high current loads this product will produce.

### Handle the AC Power Cord Gently
When disconnecting the power cord from an AC outlet, always pull the plug, never pull the cord. If you do not intend to use the amplifier for any considerable length of time, disconnect the plug from the AC outlet. If the power cord is replaced, make certain that it is of similar gauge. As with all electrical devices, do not run power cords under rugs or carpets or place heavy objects on them. Damaged power cords should be replaced immediately with cords meeting factory specifications.

### Wiring
Cables that are run inside of walls should have the appropriate markings to indicate compliance with, and listing by the UL , CSA or other standards required by the UL, CSA, NEC or your local building. Questions about cables inside of walls should be referred to a qualified customer installer, or a licensed electrician or low-voltage contractor.

### Installation Location
To assure proper operation and to avoid the potential for safety hazards, place the unit on a firm and level surface capable of supporting 100 pounds or more. When placing the amplifier on a shelf, be certain that the shelf and any mounting hardware can support the weight of the amplifier and any additional items in the equipment rack, or on the shelf.

When positioning the amplifier in its final location, make certain that it has adequate ventilation on all sides, as well as on the top and bottom. In particular, it is a good idea to provide at least two or three inches of room above the amplifier for air circulation. DO NOT place CDs, DVDs, videotapes, owner's manuals, or other paper on top of, or beneath, the unit, or in-between multiple amplifiers in a stack. This will block airflow, causing heat build-up, degraded performance, and may create a possible fire hazard.

If the unit is to be enclosed in a cabinet or rack, make certain there is adequate air circulation. Sufficient ventilation should be provided so that hot air may exit, and cool air may enter the cabinet. In some instances, a small cooling fan may be required to insure adequate airflow through the cabinet. If you are in doubt as to the ventilation requirements for your specific installation, please contact us. Also, do not place the amplifier directly on a carpeted surface, as this will inhibit airflow underneath as well as create a potential fire hazard.

Avoid installation in humid locations, in extremely hot or cold locations, or in areas that are exposed to direct sunlight or space heating equipment.

### Loudspeaker Ratings
Your Carver Power Amplifier has adequate power to drive most loudspeakers without producing any distortion. Most modern speakers are rated at four to eight ohms nominal impedance, but within some frequency ranges, the impedance may drop to two ohms. The Carver is designed with ample power reserves to protect you from experiencing any problems at these low impedances unless you demand excessively high volume levels.

Due to the high power output capability of your power amplifier, it is important that it not be used with speakers not capable of handling the amplifier's power output. Before using the amplifier for the first time, make certain that your speakers are capable of handling its rated power output, at the impedance rating of your speakers. Carver Audio is not responsible for damage to any speaker system or other component that is caused by using products whose power rating is lower than that of the amplifier.

### Do Not Open The Cabinet
There are no user serviceable components inside this product. Opening the cabinet may present a shock hazard, and any modification to the product will void your guarantee. If water or any metal object, such as a paper clip, coin or a staple, accidentally falls inside the unit, disconnect it from the AC power source immediately, and contact Carver Audio for further instructions.

### IMPORTANT SAFETY NOTE
Before connecting a new component such as power amplifier to your audio or home theater system it is always good practice to make certain that all components are turned off, and preferably unplugged from their AC power source. Many modern electronics products feature automatic turn-on circuits that may be activated during an installation, causing the potential for damage to electronic components and/or speakers. Such damage is not covered by product warranties and Carver Audio specifically disclaims responsibility for any such damage.

## Table of Contents

**2   Please Read First**
WARNING: Important Safeguards                2
Precautions                                  2
Table of Contents                            3

**4   Carver HTA5A -Channel Power Amplifier**
Features                                     4
Unpacking                                    4
Rear Panel                                   5

**6   Connecting Your Amplifier**
Input Connections                            6
Speaker Connections                          6
Remote Trigger Connection                    8
Power Connection                             8

**9   Amplifier Operation and Maintenance**
Manual Operation                             9
Automatic Operation                          9
Cleaning                                    10
When You Are Away                           10
Troubleshooting and Service Information     10
A Few Words About Hum and Noise             11
Protection Mode                             11
Main Amplifier Fuse                         11

| Overview | Unpacking | Features | Rear Panel |
|---|---|---|---|

## CARVER HTA5A MULTI CHANNEL AMPLIFIER

*Congratulations and thank you for purchasing the Carver HTA5A amplifier.The HTA5A has been carefully designed in the USA to deliver the best possible sonic performance and reliability Your Carver amplifier will bring many years of enjoyable listening to your music system or home theater .*

**Save all packing materials**







*HTA5A Front Panel*

**CARVER HTA5A Features**

**CARVER HTA5A Rear Panel**



---

### ✔ Before you Begin

In order to receive the maximum enjoyment from your new amplifier, please take a few minutes to read this manual. This important information will help you make certain that the amplifier is properly configured for operation with the rest of the equipment in your system. This brief investment of time will provide major dividends by making certain that your amplifier is properly installed and optimized for the specifics of your installation.

If you have any questions about this product, its installation or operation, please contact Carver at **www.carver-usa.com**

Your new amplifier's shipping carton and packing materials were specially designed to cushion it from shocks and vibration during transit. We strongly suggest saving these materials to use if you move, or if the unit ever needs to be shipped back to us for any reason. To minimize the size of the carton in storage, carefully open the top and bottom flaps and fold the carton flat. Other cardboard inserts may be stored the same way. Other packing materials should be saved along with the carton in a plastic bag.

Your new amplifier is engineered using heavy-duty materials for high reliability and weighs 50 pounds and requires that you pay special attention during unpacking and installation. You may wish to have someone help you remove the unit from its carton and place it in the proper location.

After you unpack the HTA5A, please check to make sure the following accessories are in the box:

► Owner's Manual
► AC Power Cord
► Trigger Cable

If any of the above is missing from your shipment, please contact Carver immediately.

The Carver HTA5A is a state of the art, high performance, audio power amplifier. It is built utilizing lementary circuitry from input to output.

The HTA5A features:

► 120 watts RMS x 5 (all channels driven simultaneously @ 8 ohms from 20Hz to 20kHz with less than 0.02% total harmonic distortion, A-weight filter).

   180 watts RMS x 5 (all channels driven simultaneously@ 4 ohms 20Hz to 20kHz with less than 0.03% total harmonic distortion, A-weight filter).

► Custom-designed high current power supply driven by a .9 KVA torrodial transformer.

► Four discrete output devices for each channel.

► 27,200 µF per channel filter capacitance protected by an advanced protection circuit.

► Custom-designed heatsinks on each amplifier module, enabling the amplifier to function at full power without the need for noisy fans.

**A. Audio Inputs** (see page 6)
Use these jacks to connect the HTA5A to the outputs of a surround processor such as the Carver M300 , preamplifier AV receiver with pre-out connection,DVD player with discrete five channel output,or HDTV product with built-in-surround decoder.

**B. Remote Trigger Input** (see page 8)
Use this jack to connect to a compatible processor or other product with a 3-32 Volt DC output.

**C. Manual/Trigger Power Switch** (see page 9)
When this switch is set to MANUAL, the Power button on the front panel acts as the main AC switch, turning the HTA5A on and off.When the amplifier is off the blue ring around the Power button is dark. When the amplifier is on,the blue ring glows brightly.

When the switch is set to TRIGGER, the HTA5A can be turned on and off remotely by a device connected to the REMOTE TRIGGER jack. In this mode, the blue ring around the Power button glows dimly while the amplifier is in Standby mode,and glows brightly when powered on.

**D. Speaker Outputs** (see page 6-7)
Use these binding posts to connect the HTA5A to your speakers. The terminals can accept speaker cable with bare wire (solid or stranded), spade lugs, or banana plugs.

**E. AC Fuse** (see page 11)
Protects both the amplifier and your speakers from damage in case of a power surge.

**F. Product Serial Number**
Write this number in the space provided on page 3 for future reference.

**G. AC Input** (see page 9)
Use this input to connect the HTA5A to an AC power source with the supplied power cord (see precautions on page 2).

**Overview**  |  **Input Connections**  |  **Speaker Connections**

# Connecting Your Amplifier

**W**hen making connections between any source components and the HTA5A, or when making connections to any speaker, be certain that both the input devices and the amplifier are turned off. To assure that there will be no unwanted signal transients that can damage equipment or speakers, it is always best to unplug all equipment before making any connections. Modern electronic products often have a standby mode that may be activated even though the product may appear to be turned off.

**CARVER HTA5A  Input Connections**          **CARVER HTA5A Speaker Connections**



*Speaker Polarity*
Make sure to observe correct polarity by connecting the same half of the speaker cable to the positive (red) and negative (black) terminals between the amplifier and each speaker.

**HTA5A** — **Speaker**

*Positive terminal is colored red and labeled with the plus sign (+)*

*Negative terminal is colored black and labeled with the minus sign (–)*

*Speaker Cable Length*
It is recommended that cables run to each pair of speakers (for example, front left and right, or surround left or right) be of equal length regardless of whether one speaker is physically closer to the amplifier than the other.

 **Before you Begin**

To assure that the signals received and produced by your Carver amplifier are carried to your speakers without loss of clarity or resolution, we recommend that you use high quality audio interconnect cables and speaker wire. There are many brands available.The choice may be influenced by the distance between your source device,amplifier and speakers, the type of speakers you use, personal preferences,or other factors.

Regardless of the brand or type speaker wire selected, we recommend that you use a wire constructed of fine, multi-stranded copper with a gauge of 14 or less. Remember that in specifying wire, the lower the number, the thicker the cable. Wire with a gauge of 16 may be used for short runs of less than ten feet. We do not recommend that you use any wires with an AWG equivalent of 18 or higher due to the power loss and degradation in performance that will occur.

Connecting the amplifier to your source equipment is simple. Using high-quality audio interconnect cables, match the output channel designations on the rear of your processor (or other source equipment) to the input jacks on the rear panel of the HTA5A that have the same channel name.

When making connections with RCA type plugs on interconnect cables, make certain to gently,but firmly insert the plug into the jack. Never twist the RCA plug when plugging or unplugging. Loose connections can cause intermittent sound and may damage your speakers. The barrel assembly of some high quality RCA plugs may be very tight, and it is important to assure a proper connection between the interconnection cable and the input jack.

**IMPORTANT NOTE:** *Before attempting to plug any jacks into any power amplifier verify that the power amplifier is turned off and/or disconnected from the AC power. Failure to do so can potentially result in severe damage to your amplifier and loudspeakers.*

To connect the amplifier to your speaker a pair of binding posts is provided for each channel output. These posts will accept bare wire, spade lugs, or banana type plugs (when permitted by local safety agencies.)

Be sure to maintain the correct polarity between your amplifier and speakers for proper phasing.When speaker phasing is correct, all speakers move in and out at the same time, preserving the imaging of the program material. Out-of-phase connections will result in some speaker cones moving in while others move out, causing indistinct or confused imaging, and muddled, cloudy sounds. To avoid incorrect phasing or polarity, be certain to use cable that has distinct markings, colors, stripes, wording, or grooves on each side of the speaker cable.

When making connections to the amplifier and speakers, adhere to a consistent pattern of using one side of the wire to the red terminals and the other side to the black terminals. If you are using speaker cable with markings on one side only, convention is to consider the marked side of the wire as the red, or positive (+) connection, and the non-marked side as the black or negative (-) connection.

▶ **To connect your speakers to the HTA5A using bare wire:**

1. **Strip approximately 1/2 to 3/4 inch (20mm) of insulation from the end of the speaker wire and carefully twist the strands together.**
Be careful not to cut the individual strands or twist them off.For optimal performance all strands must be used.

2. **Loosen the knob of the desired speaker output terminal on the rear panel of the HTA5A.**
Make sure all of the pass-through holes on the terminas are revealed.

3. **Thread the twisted strands of the positive (+) and negative (–) speaker wire through the pass-through holes of the speaker output terminal.**
Make sure to maintain correct polarity as described above.

4. **Once both connections are made, twist the caps back to secure the speaker wire.**
Do not over tighten or use tools, as this may break the delicate wire strands and decrease system performance.

5. **Repeat steps 1-4 for each speaker in your system.**

▶ **To connect your speakers to the HTA5A using spade lugs:**

1. **Loosen the knob of the desired speaker output terminal on the rear panel of the HTA5A.**

2. **Place the positive (+) and negative (–) lugs between the plastic cap and the back of each terminal.**
Make sure to maintain correct polarity as described above.

3. **Twist the caps back to secure the spade lugs.**
You only need to finger tighten to obtain positive contact.

4. **Repeat steps 1-4 for each speaker in your system.**

▶ **To connect your speakers to the HTA5A using banana plugs:**

1. **Tighten the knob of the desired speaker output terminal on the rear panel of the HTA5A.**

2. **Insert the the positive (+) and negative (–) jacks affixed to your speaker wire into the hole of each colored screw cap on the binding post.**
Make sure to maintain correct polarity as described above.

3. **Repeat steps 1-4 for each speaker in your system.**

Once all of the connections have been made to the rear panel of the HTA5A, run the cables to the speaker pair of speakers. For example, make certain that the wires connecting the left and right front speakers are the same length, even though one speaker may be physically closer to the amplifier than the other.Do not coil any excess cable,as this may create hum and frequency response variations in your system.

Finally, connect the wires to the speakers, again being certain to observe proper polarity, connecting the positive (red) and negative (black) wires to the matching terminals on each speaker.

*While most speaker manufacturers follow the industry standard of using red terminals for positive connections and black terminals for negative, some may not. To assure proper phase connections, and optimal performance, consult the markings on your speaker terminals, or the speaker's manual to verify polarity. If you do not know the polarity of your speaker, consult the speaker's manufacturer for further information.*

6          7

## Remote Trigger Connections

## Power Connection

**CARVER HTA5A**
**Remote Trigger Connections**

**CARVER HTA5A Power Connection**



Set the MANUAL/TRIGGER switch to Trigger

DC TRIGGER OUTPUT

AC Wall Outlet

---

The Carver HTA5A features a built-in system that automatically turns the amplifier on and off when another device in the system (surround processor, preamplifier, AV receiver, etc.) is switched on or off.

▶ **To use another device with a 12 volt trigger output jack to automatically power on the HTA5A:**

1. Set the MANUAL/TRIGGER switch on the rear panel of the HTA5A to the Trigger position.

2. Connect the supplied 3.5mm mono mini-plug from the trigger-output jack of the source device to the REMOTE TRIGGER jack on the amplifier's rear panel. When the switch is set to TRIGGER, the HTA5A goes into Standby mode and the blue ring around the Power button glows dimly. When the connected device is turned on, the HTA5A turns on and the blue ring glows brightly.

*If you set the MANUAL/TRIGGER switch to Trigger, but don't connect the HTA5A to another device with the REMOTE TRIGGER cable, the blue ring around the Power button will glow, but the amplifier will not respond if you press the Power button.*

If your processor or receiver does not have a dedicated trigger jack, it is still possible to activate the unit for automatic turn on when a switched outlet is available on the rear of the source device. You will need a small AC to DC power converter, capable of delivering a 6 to 12 volt DC signal. The DC voltage should terminate in a standard 3.5mm type mini plug. This type of converter may be obtained as a Power Adapter from many electronics retailers.

▶ **To use an external AC to DC power converter to automatically power on the HTA5A**

1. Plug the AC adapter into a switched outlet that will be activated when you wish to have the amplifier turn on.

This may be the switched outlet at the rear of an AC receiver or other audio equipment.

2. Connect the 3.5mm mini-plug from the AC adapter to the REMOTE TRIGGER jack on the back panel of the amplifier.

The amplifier will now turn on and off automatically, based on the status of the controlling device.

Once all audio and system connections have been made, connect the supplied power cord to the AC Input on the rear panel of the HTA5A and an AC power source. Please make certain that the amplifier is turned off and that the device connected to the remote trigger input is off when plugging the power cord into an AC outlet.

⚠ **CAUTION:** *Do not plug the HTAT5A directly into the "Switched Accessory" outlet of another device! These outlets are intended for use with low current draw products having a low current draw, such as tuners, CD players or cassette decks. These outlets cannot handle the high current draw of a power amplifier and using them for a power amplifier is a significant safety hazard.*

⚠ *It is not recommended that you connect other power amplifiers or products with a high current draw, to the same AC power circuit as the HTA5A, unless they are used with the remote power turn on and sequencing system. The simultaneous turn-on of multiple amplifiers on the same circuit may cause circuit breakers to trip, due to the high current draw.*

8

---

## Overview

## Manual Operation

## Automatic Operation

# *Amplifier Operation and Maintenance*

**Turning the HTA5A on and off manually**



Switch should be set to Manual

**Turning the HTA5A on and off automatically**



Switch should be set to Trigger

POWER: The amplifier is ON and working normally.
STANDBY: The amplifier channel is in standby mode. No audio will be broadcast to the speakers.
PROTECTION: The amplifier has automatically detected a problem and has protected itself from damage. Turn the unit off, unplug the power cord and check all your speaker wires for possible shorts before attempting to power the amplifier back on.

**Turning the amplifier on**



Press the front panel POWER button to turn the amplifier ON



**Turning the amplifier off**



POWER

STANDBY

PROTECTION



Press the front panel POWER button to turn the amplifier OFF



---

✔ **Before you Begin**

When operating the HTA5A you should not place another device directly on top of the amplifier as this will block the ventilation slots on the top of the unit and cause the device to overheat. We suggest leaving at least 6 inches of space above the amplifier for proper operation.

**Output Settings**
All volume and level adjustments are made at your preamp, controller or surround processor. To assure proper sound field imaging, it is always a good idea to re-set the output levels of the channels on your processor when using the amplifier for the first time. The circuitry in your new amplifier may be different from your previous one, and by checking the output levels you will make certain that the processor, amplifier and speakers are properly matched.

To use the HTA5A in manual mode the MANUAL/TRIGGER switch on the rear panel should be set to Manual as described on page 8.

▶ **To power the HTA5A on and off using the front panel Power button:**

1. To turn the amplifier on, press the Power button on the front panel.

The blue ring will glow brightly.

There will be a short pause from the time the power is turned on until power is applied to the speakers. This is intentional, and protects your speakers from damage while the amplifier stabilizes. You may also hear a relay click during start up. This is also normal.

2. To turn the amplifier off, press the Power button on the front panel again.

The light in the Power button's blue ring will go out.

To power the HTA5A on and off automatically using another device, the MANUAL/TRIGGER switch on the rear panel should be set to Trigger and the 3.5mm cable should be inserted to the HTA5A and the source device as described on page 8. The blue ring around the Power button will glow dimly indicating the amplifier is in Standby mode.

▶ **To power the HTA5A on and off automatically using the REMOTE TRIGGER connection from another controlling device:**

1. Turn the controlling device on.

The blue ring will glow brightly.

The HTA5A will automatically turn on after a short pause. This is intentional, and protects your speakers from damage while the amplifier stabilizes. You may also hear a relay click during start up. This is also normal.

2. Turn the controlling device off.

The HTA5A will return to Standby mode and the blue ring around the Power button will glow dimly again.

You can also use the Power button on the front panel of the HTA5A to turn the amplifier off or return it to standby

9

mode. Using the amplifier's front panel Power button will not affect the correct operation of the controlling device.

▶ **To power the HTA5A on and off manually when the REMOTE TRIGGER cable is connected to another controlling device and the rear panel switch is set to Trigger:**

1. **To turn the amplifier off, press the Power button on the front panel.**

   This will turn off the master power to the HTA5A, the blue light will not be lit, and amplifier will no longer be able to be turned on by the controlling device.

   The amplifier will remain off if you turn the controlling device off after powering down the HTA5A manually.

2. **To turn the amplifier on, press the Power button on the front panel.**

If the controlling device is off, this will return the amp to Standby mode, and the blue ring will glow dimly. If the controlling device is on, the blue ring will glow brightly.

The amplifier will remain on if you turn the controlling device on after powering up the HTA5A manually.

## Cleaning

If the unit becomes dirty, wipe with a clean, soft, dry cloth. If necessary, first use a slightly dampened soft cloth with mild soapy water, then a fresh cloth dampened with clean water. Wipe dry immediately with a dry cloth. NEVER use benzene, thinner, alcohol or any other volatile cleaning agent. Do not use abrasive cleaners, as they may damage the finish of the metal parts. Avoid spraying insecticide, waxes, polishing agents, or any aerosol product near the unit.

## When You Are Away

If you won't be using your system for an extended period of time, it is always a good idea to turn the unit off using the amplifier's front panel Power button and disconnecting the AC power cord. This will prevent the HTA5A from accidentally turning on during your absence.

## Troubleshooting and Service Information

Your Carver HTA5A -Channel Amplifier is designed for trouble free operation. If you follow the in structions in this manual you should enjoy many years of high quality listening enjoyment. However, as with any sophisticated electronic device, there may be occasional problems upon initial installation, or during the life of the unit. The items on this list are a brief guide to the minor problems

that you may be able to correct yourself. If these solutions do not rectify a problem, or if the problem persists, contact us for assistance. The Carver HTA5A does not contain any user serviceable parts. If you suspect a problem that may require service assistance, contact us at **www.carver-usa.com** .

It is important that any repairs be carried out only by Carver Audio Service Department. This will assure proper service and preserve the protection of your Limited Warranty. Keep your sales slip or receipt in a safe place with this manual so that it will be available to verify the purchase date, should you experience a problem covered by our warranty.

| Symptom | Possible Cause | Solution Option |
|---|---|---|
| Amplifier will not turn on when the front panel Power button is pressed | ▶ MANUAL/TRIGGER switch set incorrectly<br>▶ No AC power<br>▶ Power strip or conditioner turned off<br>▶ External fuse may be blown | ▶ Make certain MANUAL/TRIGGER switch is set to Manual.<br>▶ Make certain AC power cord is plugged into a live outlet.<br>▶ Make certain power strip or conditioner is turned on, if applicable.<br>▶ Check rear panel fuse and replace if necessary. If the fuse continues to blow, please contact Carver Customer Service. |
| Amplifier will not turn on when controlling device is turned on | ▶ MANUAL/TRIGGER switch set incorrectly<br>▶ Remote trigger cable not properly connected<br>▶ No AC power<br>▶ Power strip or conditioner turned off | ▶ Make certain MANUAL/TRIGGER switch is set to Trigger.<br>▶ Verify connection of trigger cable at both ends<br>▶ Make certain AC power cord is plugged into a live outlet.<br>▶ Make certain power strip or power conditioner is turned on, if applicable. |
| Amplifier turns on, but no audio from one or more channels | ▶ Input plugs not connected to proper jack or are loose<br>▶ Speakers not connected properly | ▶ Check input connections.<br>▶ Check speaker connections at amp and speaker. |
| Front panel light glows red when turned on | ▶ One or more channels may have gone into protection mode<br>▶ One or more channels may not be functioning properly | Turn the unit off and wait a 10-15 minutes to see if the protection circuit has re-set the unit. If the protection was set off because of thermal overload, it may take up to 30 minutes for the unit to cool down and reset the front LED. The unit should be cool to the touch when its ready to be tuned back on.<br><br>If after waiting the light does not glow blue again, please call Carver customer service. |
| Audio levels differ | Improper settings or output levels from the processor or controller | Check the settings on your preamp, processor or controller. |
| Audio plays, then cuts off | Amplifier shorted | See suggestions in the section titled "Protection Mode" on the next page. |
| Audible hum, or a discernable low frequency noise | Possible ground loop situation | See suggestions in the section titled "A Few Words About Hum and Noise" on the next page. |

10

## A Few Words About Hum and Noise

Audible hum, or a discernable low frequency noise, is one of the most common problems in audio/video systems. This hum, which may be present even when the volume is at a low level or when the power is off, is usually caused by a problem known as "ground loops." A ground loop occurs when there is a difference in ground voltages between two or more components that are connected electrically. This, in turn, creates multiple current paths and causes the low-level noise, or hum.

The growing sophistication of home theater systems, and the increased number of components used to create these systems has dramatically increased the potential for the possibility of ground loops. While it is natural to suspect that the components in your system are the cause of the hum, in many cases the cause may be due to other conditions. In particular, cable TV connections from outside the house have become a major source of hum.

In most cases, one of the following suggestions should help you to solve a hum problem in your system. Please try these steps in the sequence shown, proceeding from one step to the next if the prior suggestion does not eliminate the problem.

**Suggestion #1**
To determine if a cable TV connection is responsible for the hum, first turn all components off. Disconnect the cable TV feed to your system at the first place where it connects to your components. Alternatively, disconnect the cable TV wire where it is connected at the wall outlet. Turn your system back on, and listen if the hum has disappeared. If removing the cable TV feed has eliminated the hum, you will need to either insert a Ground Loop Isolator before reconnecting the cable TV feed, or contact your cable TV operator to see if they can better isolate your cable feed.

**Suggestion #2**
Turn off all components in your system, and then disconnect the input cables at the amplifier. Turn the amplifier back on, and see if the hum is still present. If the hum disappears, the fault may be in the input cables used. Try replacing them with cables that have better shielding, and make certain that the input cables are not running on top of any AC power cords. Change the cables one at a time to determine if one, or all cables is responsive. If the

### Ground Loop Diagram



hum disappears when the input cables are disconnected, but returns after the cables are changed and the system re-connected, the problem may be caused by your processor, receiver or preamplifier.

**Suggestion #3**
Ground loop problems may also be caused by poor grounding of the electrical system in your home, particularly when there are multiple components with three prong, grounded, power cords. Try unplugging these components one at a time, and see if one or all of them is causing the problem. The ultimate solution to this type of problem is to re-wire your house with an isolated, star type grounding configuration. We recognize, however, that this may be impractical and expensive. In some cases, the use of an approved AC Power Isolation Transformer of sufficient capacity may solve this problem.

**Suggestion #4**
Hum may also be caused by faulty earth grounds in your home's electrical system. In the past, cold water pipes were often used for the earth ground, so it is important to make sure that your ground connection is still valid and has not become loose or corroded. The cold water pipe method may no longer be valid in some locations due to requirements that the water

meter be isolated from the water mains with a length of PVC pipe, thus interrupting the ground circuit. The safest, and most reliable, approach may be to provide your own ground. This can be accomplished by having a licensed electrician drive at least five feet of copper-jacketed steel grounding rod into the earth, and using that for your grounding connection.

**Suggestion #5**
If you have hum in your video display device (bars that roll up through image at 12-14 second intervals), this may be related to hum you also experience in your audio system. The previous suggestion tips may help with this also. If not, try isolating the ground in the projectors video signal cable with a base-band video isolation transformer, such as the Jensen VB-1BB.

If the hum persists after all of the above suggestions have been tried, contact the Carver Audio customer service department for assistance.

▶ **WARNING:** *If you suspect that the grounding system in your home's electrical wiring is causing the hum problem, it is important that you do not make any changes to the wiring yourself. Only a licensed electrician should make any changes to household wiring, and they must be made in full compliance with all local building, safety and electrical codes.*

## Protection Mode

Under some conditions, such as a shorted speaker wire, DC voltage on an input connection or thermal overload, the Carver HTA5A will place itself in a protect mode to prevent damage to the amplifier. When this happens the front panel light will glow red and the amplifier will mute to protect both the amplifier and speakers from damage.

Should this occur, IMMEDIATELY turn the unit off, using the front panel Power button, and disconnect the AC power cord. Examine all speaker connections to make certain that there are no shorts. Turn the unit back on. If the unit continues to go into the protect mode, contact us for assistance.

## Main Amplifier Fuse

The Carver HTA5A uses an external fuse to protect both the amplifier and your speakers from damage. In the event that a fuse replacement is required, be certain that a fuse of the original rating is used. If a fuse continues to fail, your unit may have developed a fault. In this event, please contact us for assistance.

▶ **WARNING:** *Always turn the amplifier off and unplug the power cord from the AC Power before replacing the fuse.*

## Specifications

### Amplifier Section

| | |
|---|---|
| Power Output | 120 watts RMS x 5 (all channels driven simultaneously into 8 ohms from 20Hz–20kHz with less than 0.02% total harmonic distortion, A-weight filter). |
| | 180 watts RMS x 5 (all channels driven simultaneously into 4 ohms from 20Hz–20kHz with less than 0.03% total harmonic distortion, A-weight filter). |
| Frequency Response | 20Hz –20kHz +/- 0.5 dB at rated output (120W) |
| Total Harmonic Distortion (THD) | Less than 0.02% at rated output (120W), all frequencies, less than 0.01% at 1kHz |
| Intermodulation Distortion (IMD) | Less than 0.05% from 250mV to output full rated output (120W) |
| Filter Capacitance | Four 6800μF Caps per channel |

| | |
|---|---|
| Number of Output Devices | 4 per channel |
| Power Bandwidth | 5Hz - 54kHz +0/-3 dB |
| Damping Factor | Greater than 105 from 10Hz to 400Hz |
| Crosstalk | Greater than -70dB from 20Hz — 20kHz |
| Gain | Voltage gain of 29dB |
| Input Impedance | 40k ohms |
| Input Sensitivity | 1.00 Volt |
| Remote Trigger Voltage | 9 - 24 Volts DC at 5 milliamperes or greater |

### General

| | |
|---|---|
| Dimensions including feet (HxWxD) | 6.0" x 17.0" x 16.75" |
| Weight | 50 lbs |
| Power Requirements | 120VAC, ±3%, 50Hz - 60Hz 1500 watts maximum |

# CARVER HTA5A

## CARVER HOLDINGS GROUPLTD.

### www.carver-usa.com

## HTA5A  - V1.0

Exhibit B



NERO **XA** | HOME THEATER
AMPLIFIER



NERO **XA5180**

## OWNER'S MANUAL

(This manual applies to all XA amps, the diagrams show the XA5180, however the connections etc., are the same for all XA amps)

## IMPORTANT SAFETY INSTRUCTIONS PLEASE READ FIRST

**General Note on the Declaration of Conformity:** We hereby declare that this device is in accordance with the essential requirements of the European Directive 2014/35/EU or 2001/95/EC (if applicable). The full EU declaration of conformity can be requested at the following address: InMusic GmbH Harkortstr. 12 - 32 40880 Ratingen GERMANY



1. Read these instructions
2. Keep these instructions
3. Heed all warnings
4. Follow all instructions
5. Do not use this apparatus near water
6. Clean only with dry cloth.
7. Do not block any ventilation openings. Install in accordance with the manufacture's instructions.
8. Do not install near any heat sources such as radiators, heat registers, stoves, or other apparatus (including amplifiers) that produce heat.
9. Do not defeat the safety purpose of the polarized or grounding plug. A polarized plug has two blades with one wider than the other. A grounding plug has two blades and a third grounding prong. The wide blade or the third prong is provided for your safety. If the provided plug does not fit into your outlet, consult an electrician for replacement of the obsolete outlet.
10. Protect the power cord from being walked on or pinched particularly at the plugs, convenience receptacles, and at the point where they exit from the apparatus.
11. Only use attachments/accessories specified by the manufacturer.
12. Use only with the cart, stand, tripod, bracket, or table specified by the manufacturer, or sold with the apparatus. When a cart or rack is used, use caution when moving the cart/apparatus combination to avoid injury from tip-over.



13. Unplug the apparatus during lightning storms or when unused for long periods of time.
14. Refer all servicing to qualified personnel. Servicing is required when the apparatus has been damaged in any way, such as power supply cord or plug is damaged, liquid has been spilled or objects have fallen into the apparatus has been exposed to rain or moisture, does not operate normally, or has been dropped.
15. WARNING: To reduce the risk of fire or electric shock, do not expose this apparatus to rain or moisture. The apparatus shall not be exposed to dripping or splashing and that objects filled with liquids, such as vases, shall not be placed on apparatus.
16. WARNING: The mains plug/appliance coupler is used as disconnect device, the disconnect device shall remain readily operable.



17. - This lightning flash with arrowhead symbol within an equilateral triangle is intended to alert the user to the presence of non-insulated "dangerous voltage" within the product's enclosure that may be of sufficient magnitude to constitute a risk of electric shock.

    - Warning: To reduce the risk of electric shock, do not remove cover (or back) as there are no user-serviceable parts inside. Refer servicing to qualified personnel.

    - The exclamation point within an equilateral triangle is intended to alert the user to the presence of important operating and maintenance instructions in the literature accompanying the appliance.

## IMPORTANT SAFETY INSTRUCTIONS

18 Protective earthing terminal(For class I apparatus with earthing). The apparatus should be connected to a mains socket outlet with a protective earthing connection.

19. (For class II apparatus only)This equipment is a Class II or double insulated electrical appliance. It has been designed in such a way that it does not require a safety connection to electrical earth.

20. Correct Disposal of this product. This marking indicates that this product should not be disposed with other house-hold wastes throughout the EU. To prevent possible harm to the environment or human health from uncontrolled waste disposal, recycle it responsibly to promote the sustainable reuse of material resources. To return your used device, please use the return and collection systems or contact the retailer where the product was purchased. They can take this product for environmental safe recycling.

21. No naked flame sources, such as lighted candles, should be placed on the apparatus.

22. Do not install this equipment in a confined or building-in space such as a book case or similar unit, and remain a well ventilation conditions at open site. The ventilation should not be impeded by covering the ventilation openings with items such as newspaper, table-cloths, curtains etc.

23. CAUTION: These servicing instructions are for use by qualified service personnel only. To reduce the risk of electric shock, do not perform any servicing other than that contained in the operating instructions unless you are qualified to do so.

24. This apparatus is for professional use only.

25. The apparatus is intended to be used in moderate climates.

26. (If applicable) The apparatus is intended to be used in tropical climates.

27. WARNING (If applicable): The batteries (battery pack or batteries installed) shall not be exposed to excessive heat such as sunshine, fire or the like.

28. CAUTION (If applicable): Danger of explosion if battery is incorrectly replaced. Replace only with the same or equivalent type.

29. (For product contains battery) Attention should be drawn to environmental aspects of battery disposal.

30. Voltage selector(If applicable):

The product can be supplied by two different mains voltages that can be selected by adjusting the voltage selector. The voltage selector must be set to match the current mains voltage and need to be always checked before inserting the mains plug into socket-out. Please ask a qualified personnel to help you replace the mains fuse link before you adjust the voltage selector.

31. WARNING (If applicable)：For the terminals marked with symbol of " ⚡ " may be of sufficient magnitude to constitute a risk of electric shock. The external wiring connected to the terminals requires installation by an instructed person or the used of ready-made leads or cords.

32. Class 2 wiring(If applicable): To reduce the risk of electric shock, The external wiring connected to the terminals marked with "class 2 wiring" requires installed with class 2 wiring by an instructed person or the used of ready-made leads or cords.

33. (For apparatus contains a coin/button cell battery): ⚠ (or [⚠ i] ) Warning: Do not ingest the battery, Chemical Burn Hazard. The remote control supplied with this product contains a coin/button cell battery. If the coin/button cell battery is swallowed, it can cause severe internal burns in just 2 hours and can lead to death. Keep new and used batteries away from children. If the battery compartment does not close securely, stop using the product and keep it away from children. If you think batteries might have been swallowed or placed inside any part of the body, seek immediate medical attention.



**A. Audio Inputs** (see page 4)
Inputs for connecting the XA Amplifier to the outputs of a surround processor, preamplifier AV receiver with pre-out connection, DVD player with discrete 5 channel output, or HDTV with built-in surround decoder.

**B. Remote Trigger Input**   (see page 5)
Input for connecting to a compatible processor or other product with a 9-24 V, 5mA DC Input.
Manual/Trigger Power Switch

**C. ON/Trigger Power Switch**
In ON position: the Power button on the front panel acts as the main AC switch, turning the XA Amp on and off

In TRIGGER position: the XA can be turned on and off remotely by a device connected to the REMOTE TRIGGER jack. In this mode, the LED's on the front panel will glow yellow when the amplifier is in standby mode, and bright blue when powered on.

**D. Speaker Outputs** (see page 4)
Use these 5-way binding posts to connect the XA Amp to your speakers. Works with - speaker cable with bare wire (solid or stranded), spade lugs, or banana plugs.

**E. AC Fuse**
Protects in case of a power surge.

**F. AC Input**
Connects XA Amplifier to an AC power source with the supplied power cord (see precautions on page 2).

**IMPORTANT NOTE:** *Before attempting to plug any Jacks into any power amplifier verify that the power amplifier is turned off And/or disconnected from AC power.*

*Failure to do so can potentially result in severe damage to your Amplifier and loudspeakers.*

3

## SPEAKER & INPUT CONNECTION

INPUTS:
Non Balanced RCA

Balanced XLR

OUTPUTS:
Connect to Speakers



### Connecting your speakers:

Use Class 2 wiring for speaker connections.
Wiring the speaker connector with bare wire:
**1.** Strip the insulation off each speaker wire to expose 3/8" (10 mm) of bare conductor.
**2.** Unscrew the output terminal binding post several twists, insert each wire into the correct terminal.
**3.** Tighten binding post by twisting clock-wise until it is firmly clamping the speaker wire.
**4.** For spades or banana plugs, simply insert in correct terminals.
**5.** Ensure + terminal goes to + terminal of speakers and – goes to –  do this by checking the marking on the speaker wire. Usually, RED wire is +

**Warning:** While the amplifier does self-protect under most improper output conditions, misconfiguration of loudspeaker mode and incorrect connection of loudspeakers could damage connected loudspeakers and/or amplifier.
Please refer installation to a qualified installation professional, and always check state and local electrical codes when installing.

## AUTO POWER ON



Remote
Trigger

### Auto Power ON

To use another device with a 12 volt trigger output jack to automatically power on the XA:

**1.** Select Trigger position.

**2.** Connect a 3.5mm mono jack from the trigger-output jack of the source device to the REMOTE TRIGGER jack on the When the switch is set to TRIGGER, the goes into standby mode and the front panel LED's glow yellow. When the connected device is turned on the status LED's glow bright blue.

If you set the MANUAL/TRIGGER switch to Trigger, but don't connect the XA Amp to another device, the status LED's will be bright blue, but the amplifier will not respond if you press the power button.

## AMPLIFIER OPERATION AND MAINTENANCE

### Before you begin:

Ensure that the amp is plugged into a 15 Amp power socket. At full power the amp will require in excess of 10 Amps.
Ensure the amp has air clearance with nothing covering the ventilation slots. 6 inches of clearance is recommended, or, if rack mounted, please use a cooling fan.

Double-check all connections from connected processors or AVR's, and connections to speakers. Make sure all connections are good and that there are no stray wires, or strands of wire.

**Tip** - If speaker wires are running through walls or ceiling, you can check that the speaker wires are connected correctly by taking a 9V battery and momentarily touching the speaker wire to the + and – terminals. If the speakers are connected there will be a small 'popping' sound. Turn the volume level of the connected Processor or AVR down to zero for all channels.

**Power-on - Normal Operation**
Press the front panel power button. After a short pause the front panel LED indicators will light-up.

### Individual channel, power status indicators

**Front Panel Status LEDs**
Power: Bright Blue
Standby: Yellow
Protection: Red



### Power:
Blue Lights – The amp is on and working correctly

### Standby:
Yellow/Orange light – The amp is in standby mode, no signal to speakers, no sound.

### Protection:
Red Light – The amp has automatically detected a problem and is in protection mode to prevent damage to speakers. Turn amp off, unplug and check speaker connections for short circuits (positive and negative wires touching).

### Power-on - auto signal detecting mode
Press the front panel power button. After a short pause the front panel LED indicators will light-up.
When the rear panel switch is set to SIGNAL the front panel indicator lights will be Yellow/Orange if there is no signal from the connected Processor or AVR. When a signal from any channel is present the indicator lights for that channel will turn to Blue and the speaker will play that signal.

## AMPLIFIER OPERATION AND MAINTENANCE

### Power-on – Trigger

Press the front panel power button. After a short pause the front panel LED indicators will light-up.

When the rear panel switch is set to TRIGGER the front panel indicator lights will be Yellow/Orange and the amp will be in Standby mode. When a TRIGGER signal is present the amp will turn on and the indicator lights will be Blue. The amp will stay on as long as there is a TRIGGER signal present. When the TRIGGER signal is removed, the amp will return to Standby and the front panel indicator lights will go to Yellow/Orange.

### To turn Off

Press the power button on the front panel, all lights will turn off.

### Maintenance

If the amp requires cleaning, wipe with a clean, dampened soft cloth. Wipe dry immediately with a dry cloth. NEVER use benzene, thinner, alcohol or any other volatile cleaning agents. Do not use abrasive cleaners, as they may damage the paint. Do not expose the amp to insecticide, waxes, polishing agents, or an aerosol spray as moisture may enter the amp.

### Service Information

Should you encounter any problems with your XA amplifier please reset the power by switching off and un-plugging the amp. Re-check all connections from Processors or AVR's and to the speakers. Turn on the amp again and refer to the 'Amplifier Operation and Maintenance' instructions. If a problem still exists, contact OSD Nero's customer service department at OSDAUDIO.COM.

## PERFORMANCE SPECS

### XA7180

| XA7180 | | AMP 1 | AMP 2 | AMP 3 | AMP 4 | AMP 5 | AMP 6 | AMP 7 |
|---|---|---|---|---|---|---|---|---|
| OUTPUT POWER (RMS) (UNIT:W) @1% THD   (SINGLE CHANNEL) | 4 Ohms | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| OUTPUT POWER (RMS) (UNIT:W),@5% THD  (SINGLE CHANNEL) | 4 Ohms | 335 | 335 | 335 | 335 | 335 | 335 | 335 |
| OUTPUT POWER (RMS) (UNIT:W) @1% THD (SINGLE CHANNEL) | 8 Ohms | 180 | 180 | 180 | 180 | 180 | 180 | 180 |
| ALL CHANNEL OUTPUT POWER (RMS) (UNIT:W) @0.1% THD | 8 Ohms | 122 | 122 | 122 | 122 | 122 | 122 | 122 |
| ALL CHANNEL OUTPUT POWER (RMS) (UNIT:W) @1% THD | 8 Ohms | 130 | 130 | 130 | 130 | 130 | 130 | 130 |
| THD @1W (UNIT:%)  (SINGLE CHANNEL) | 8 Ohms | 0.03% | 0.03% | 0.03% | 0.03% | 0.03% | 0.03% | 0.03% |
| THD @RATED POWER (UNIT:%) (SINGLE CHANNEL)  130W | 8 Ohms | 0.025% | 0.025% | 0.025% | 0.025% | 0.025% | 0.025% | 0.025% |
| THD @1W (UNIT:%)  (SINGLE CHANNEL) | 4 Ohms | 0.05% | 0.05% | 0.05% | 0.05% | 0.05% | 0.05% | 0.05% |
| THD @RATED POWER (UNIT:%) (SINGLE CHANNEL) @250W | 4 Ohms | 0.03% | 0.03% | 0.03% | 0.03% | 0.03% | 0.03% | 0.03% |
| FREQUENCY RESPONSE @-3dB - Hz | 1W | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K |
| | Rated power | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K |
| SIGNAL TO NOISE (A weighted) (UNIT:dB) Stereo mode, 1K/100Hz @1% THD, XLR input | 8 Ohms | 104 | 104 | 104 | 104 | 104 | 104 | 104 |
| DAMPING FACTOR rated power | 1 KHz | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| IDLE CURRENT - Amps | 0.29 | | | | | | | |
| MAX.CURRENT @ALL CH. At rated power - Amps | 10.7 | | | | | | | |
| EFFICIENCY OF AMPLIFIER - % | 66% | | | | | | | |

### XA5180

| XA5180 | | AMP 1 | AMP 2 | AMP 3 | AMP 4 | AMP 5 | | |
|---|---|---|---|---|---|---|---|---|
| OUTPUT POWER (RMS) (UNIT:W) @1% THD   (SINGLE CHANNEL) | 4 Ohms | 320 | 320 | 320 | 320 | 320 | | |
| OUTPUT POWER (RMS) (UNIT:W) ,@5% THD  (SINGLE CHANNEL) | 4 Ohms | 410 | 410 | 410 | 410 | 410 | | |
| OUTPUT POWER (RMS) (UNIT:W) @1% THD (SINGLE CHANNEL) | 8 Ohms | 190 | 190 | 190 | 190 | 190 | | |
| ALL CHANNEL OUTPUT POWER (RMS) (UNIT:W) @0.1% THD | 8 Ohms | 135 | 135 | 135 | 135 | 135 | | |
| ALL CHANNEL OUTPUT POWER (RMS) (UNIT:W) @1% THD | 8 Ohms | 150 | 150 | 150 | 150 | 150 | | |
| THD @1W (UNIT:%)  (SINGLE CHANNEL) | 8 Ohms | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | | |
| THD @RATED POWER (UNIT:%) (SINGLE CHANNEL)  130W | 8 Ohms | 0.025% | 0.025% | 0.025% | 0.025% | 0.025% | | |
| THD @1W (UNIT:%)  (SINGLE CHANNEL) | 4 Ohms | 0.05% | 0.05% | 0.05% | 0.05% | 0.05% | | |
| THD @RATED POWER (UNIT:%) (SINGLE CHANNEL) @250W | 4 Ohms | 0.03% | 0.03% | 0.03% | 0.03% | 0.03% | | |
| FREQUENCY RESPONSE @-3dB - Hz | 1W | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | | |
| | Rated power | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | | |
| SIGNAL TO NOISE (A weighted) (UNIT:dB) Stereo mode, @1K/100Hz @1% THD, XLR input | 8 Ohms | 104 | 104 | 104 | 104 | 104 | | |
| DAMPING FACTOR rated power | 1 KHz | 150 | 150 | 150 | 150 | 150 | | |
| IDLE CURRENT - Amps | 0.15 | | | | | | | |
| MAX.CURRENT @ALL CH. At rated power - Amps | 10.7 | | | | | | | |
| EFFICIENCY OF AMPLIFIER - % | 72% | | | | | | | |

### XA3200

| XA3200 | | AMP 1 | AMP 2 | AMP 3 | | | | |
|---|---|---|---|---|---|---|---|---|
| OUTPUT POWER (RMS) (UNIT:W) @1% THD   (SINGLE CHANNEL) | 4 Ohms | 350 | 350 | 350 | | | | |
| OUTPUT POWER (RMS) (UNIT:W) ,@5% THD  (SINGLE CHANNEL) | 4 Ohms | 450 | 450 | 450 | | | | |
| OUTPUT POWER (RMS) (UNIT:W) @1% THD (SINGLE CHANNEL) | 8 Ohms | 200 | 200 | 200 | | | | |
| ALL CHANNEL OUTPUT POWER (RMS) (UNIT:W) @0.1% | 8 Ohms | 150 | 150 | 150 | | | | |
| ALL CHANNEL OUTPUT POWER (RMS) (UNIT:W) @1% THD | 8 Ohms | 165 | 165 | 165 | | | | |
| THD @1W (UNIT:%)  (SINGLE CHANNEL) | 8 Ohms | 0.02% | 0.02% | 0.02% | | | | |
| THD @RATED POWER (UNIT:%) (SINGLE CHANNEL)  130W | 8 Ohms | 0.025% | 0.025% | 0.025% | | | | |
| THD @1W (UNIT:%)  (SINGLE CHANNEL) | 4 Ohms | 0.02% | 0.02% | 0.02% | | | | |
| THD @RATED POWER (UNIT:%) (SINGLE CHANNEL) @250W | 4 Ohms | 0.03% | 0.03% | 0.03% | | | | |
| FREQUENCY RESPONSE @-3dB - Hz | 1W | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | | | | |
| | Rated power | 7.5HZ-80K | 7.5HZ-80K | 7.5HZ-80K | | | | |
| SIGNAL TO NOISE (A weighted) (UNIT:dB) Stereo mode, @1K/100Hz @1% THD, XLR input | 8 Ohms | 104 | 104 | 104 | | | | |
| DAMPING FACTOR rated power | 1 KHz | 165 | 165 | 165 | | | | |
| IDLE CURRENT - Amps | 0.14 | | | | | | | |
| MAX.CURRENT @ALL CH. At rated power - Amps | 10.7 | | | | | | | |
| EFFICIENCY OF AMPLIFIER - % | 66% | | | | | | | |

8

## SPECIFICATIONS

### GENERAL

| | |
|---|---|
| Number of Output Devices | 5 per channel |
| Power Bandwidth | 5Hz - 54kHz +0/-3 dB |
| Filter Capacitance | Four 6800µF Caps per channel |
| Crosstalk | Greater than -70dB from 20Hz – 20kHz |
| Gain | Voltage gain of 29dB |
| Input Impedance | 40k ohms |
| Input Sensitivity | 1.00 Volt |
| Remote Trigger Voltage | 9 - 24 Volts DC at 5 milliamperes or greater |
| Dimensions including feet (HxWxD) | 6.0" x 17.0" x 16.75" |
| Weight | XA7180-65 lbs, XA5180-50lbs, XA3200-48lbs |
| Power Requirements | 120VAC, ±3%, - 60Hz 1500 watts maximum |

## WARRANTY & REPAIR

All OSD AUDIO electronics have a (2) year Limited Warranty against defects in materials and workmanship. Proof of purchase must accompany all claims. During the warranty period OSD AUDIO will replace any defective part and correct any defect in workmanship without charge for either parts or labor.

OSD AUDIO may replace returned electronics with a product of equal value and performance. In such cases, some modifications to the mounting may be necessary and are not OSD AUDIO's responsibility.

Damage to or destruction of components due to application of excessive power voids the warranty on those parts. In these cases, repairs will be made on the basis of the retail value of the parts and labor. To return for repairs, you must email customer service at RMA@audiogeargroup.com for a Returned Merchandise Authorization (RMA) number then the unit must be shipped to OSD AUDIO at the owner's expense, along with a note explaining the nature of service required. Be sure to pack the product(s) in a corrugated container with at least 3 inches of resilient material to protect the unit from damage in transit.

This Warranty Does Not Cover: Damage caused by abuse, accident, misuse, negligence, or improper operation (installation). Any products that have been altered or modified. Any product whose identifying number of decal, serial #, etc. has been altered, defaced or removed. Normal wear and maintenance.



osdaudio.com

NERO XA Amp Man. e-ver. 3/22