1  **LiLaw Inc.**
   J. James Li, Ph.D. (SBN 202855)
2  Email: lij@lilaw.us
   Daniel Peterson (SBN 326798)
3  Email: petersond@lilaw.us
   1905 Hamilton Avenue, Suite 200
4  San Jose, California 95125
   Telephone: (650) 521-5956
5  Facsimile: (650) 521-5955

6  Attorneys for Plaintiff OSD AUDIO

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | SANTOS ELECTRONICS INC., dba OSD AUDIO, a California corporation, | **Case No. 8:22-cv-827-JVS-KES** |
12 |            Plaintiff,                |                                  |
   |               vs.                    | **STATEMENT OF INAPPLICABILITY OF FORM AO-121 AND THE COPYRIGHT REPORTING REQUIREMENTS** |
13 | OUTLAW AUDIO, LLC, a Massachusetts limited liability company, BENJAMIN BREWER, an individual, JONATHAN S. LEDERMAN, an individual, PETER D. TRIBEMAN, an individual, | |
14 | | |
15 | | |
16 |            Defendants.               | |

17

18

19

20

21



Plaintiff Santos Electronics Inc., dba OSD Audio ("Plaintiff" or "OSD") hereby inform the Court of the inapplicability of the Local Rule 3-1 and 28 U.S.C. Section 1338, in response to Notice of Counsel Re: Copyright, Patent, And Trademark Reporting Requirements (ECF 8).

The copyright claim in this case was filed in response to a false copyright infringement claim by Defendants Outlaw Audio, LLC and its officer, managers, and employees as authorized by the Digital Millennium Copyright Act. To the best of Plaintiff's knowledge, Defendants do not own any relevant copyright, hence the fraudulent claims as set forth in the complaint. Thus, the copyright report form, Form AO-121 (attached) is inapplicable to this case.

DATED:  April 29, 2022          L<small>I</small>L<small>AW</small> I<small>NC</small>.

By  /s/ *J. James Li*

J. James Li, Ph.D.
Attorneys for Plaintiff OSD Audio



AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy