Samuel B. Strohbehn, State Bar No. 257697
sstrohbehn@klinedinstlaw.com
Irean Z. Swan, State Bar No. 313175
iswan@klinedinstlaw.com
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/Fax (619) 238-8707

Attorneys for Defendants OUTLAW AUDIO, LLC, BENJAMIN BREWER,
JONATHAN S. LEDERMAN, PETER D. TRIBEMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SANTOS ELECTRONICS INC., dba OSD AUDIO, a California corporation,, <br><br> Plaintiff, <br><br> v. <br><br> OUTLAW AUDIO, LLC, a Massachusetts limited liability company, BENJAMIN BREWER, an individual, JONATHAN S. LEDERMAN, an individual, PETER D. TRIBEMAN, an individual, <br><br> Defendants. | Case No. 8:22-cv-827 JVS (KES) <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Judge:        Honorable James V. Selna <br><br> Complaint Served:    May 6, 2022 and May 17, 2022 <br> Current Response Date: May 27, 2022 and June 7, 2022 <br> New Response Date: June 3, 2022 and June 7, 2022 |

Pursuant to Local Rule 8-3, Plaintiff SANTOS ELECTRONICS INC., dba

OSD AUDIO, and Defendants OUTLAW AUDIO, LLC, BENJAMIN BREWER,

JONATHAN S. LEDERMAN, and PETER D. TRIBEMAN (collectively,

"Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Local Rule 8-3 provides that parties may extend the deadline to

respond to an initial complaint for up to thirty (30) days without a court order;

WHEREAS, Plaintiff filed the complaint in the above-captioned action on

April 18, 2022;

1

Case No. 8:22-cv-827 JVS (KES)
STIPULATION TO EXTEND TIME TO RESPOND
TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

WHEREAS, Defendants OUTLAW AUDIO, LLC and BENJAMIN BREWER were served a copy of the complaint on May 6, 2022;

WHEREAS, Defendants JONATHAN S. LEDERMAN and PETER D. TRIBEMAN were served a copy of the complaint on May 17, 2022; and

WHEREAS, without an extension of time, Defendants OUTLAW AUDIO, LLC and BENJAMIN BREWER's deadline to respond to the complaint would be May 27, 2022;

WHEREAS, without an extension of time, Defendants JONATHAN S. LEDERMAN and PETER D. TRIBEMAN's deadline to respond to the complaint would be June 7, 2022;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendants, that Defendants OUTLAW AUDIO, LLC and BENJAMIN BREWER shall have up to and including June 3, 2022 to respond to the complaint.

SO STIPULATED:

KLINEDINST PC


DATED:  May 19, 2022          By:  */s/ Irean Z. Swan*
                                   Samuel B. Strohbehn
                                   Irean Z. Swan
                                   Attorneys for Defendants
                                   OUTLAW AUDIO, LLC, BENJAMIN
                                   BREWER, JONATHAN S. LEDERMAN,
                                   PETER D. TRIBEMAN

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

LILAW INC.

DATED:  May 19, 2022          By:  */s/ J. James Li*
                                          J. James Li
                                          Attorneys for Plaintiff
                                          SANTOS ELECTRONICS INC., dba OSD AUDIO

## SIGNATURE CERTIFICATION

       Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that the content of this document is acceptable to counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: May 19, 2022          */s/ Irean Z. Swan*
                                        Samuel B. Strohbehn
                                        Irean Z. Swan
                                        Attorneys for Defendants
                                        OUTLAW AUDIO, LLC, BENJAMIN BREWER, JONATHAN S. LEDERMAN, PETER D. TRIBEMAN

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

Case No. 8:22-cv-827 JVS (KES)
STIPULATION TO EXTEND TIME TO RESPOND
TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)