# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SANTOS ELECTRONICS INC., dba OSD AUDIO, a California corporation,,<br><br>Plaintiff,<br><br>v.<br><br>OUTLAW AUDIO, LLC, a Massachusetts limited liability company, BENJAMIN BREWER, an individual, JONATHAN S. LEDERMAN, an individual, PETER D. TRIBEMAN, an individual,<br><br>Defendants. | Case No. 8:22-cv-827 JVS (KES)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Judge:     Honorable James V. Selna |

Pursuant to the Parties' Stipulation to Extend Time to Respond to Initial Complaint by Not More than 30 Days, IT IS ORDERED THAT Defendants OUTLAW AUDIO, LLC and BENJAMIN BREWER shall have up to and including June 3, 2022 to respond to the complaint.

Date: _____        _____
                               Honorable James V. Selna
                               United States District Judge

1

Case No. 8:22-cv-827 JVS (KES)
ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)