Rodney W. Bell (SBN 125314)
*rbell@changcote.com*
CHANG & COTÉ, LLP
17700 Castleton St., Suite 238
City of Industry, CA 91748
Telephone:  (626) 854-2112
Facsimile:  (626) 854-2120

*Attorneys for Plaintiff and Counter-defendant SANTOS ELECTRONICS INC. and Counter-defendant LIEN CHAI*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SANTOS ELECTRONICS INC., dba OSD AUDIO, a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>OUTLAW AUDIO, LLC, a Massachusetts limited liability company, BENJAMIN BREWER, an individual, JONATHAN S. LEDERMAN, an individual, PETER D. TRIBEMAN, an individual.<br><br>*Defendant.* | Case No. 8:22-cv-827 JVS (KESx)<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES; PROPOSED ORDER**<br><br>[Central Dist. Local Rule 40-2] |
| OUTLAW AUDIO, LLC, a Massachusetts limited liability company,<br><br>*Counterclaimant,*<br><br>vs.<br><br>SANTOS ELECTRONICS INC., dba OSD AUDIO, a California corporation, LIEN CHAI, aka DAVE CHAI, an individual, and ROES 1 THROUGH 20.<br><br>*Counter-Defendants.* | |

Plaintiff SANTOS ELECTRONICS INC., Counter-defendants SANTOS ELECTRONICS INC. and LIEN "DAVE" CHAI, Defendants OUTLAW AUDIO, LLC, BENJAMIN BREWER, JONATHAN S. LEDERMAN, PETER D. TRIBEMAN and Counterclaimant OUTLAW AUDIO, LLC hereby inform the Court of the settlement of the entire litigation, including the Complaint and the Counterclaims. With the signatures of their respective counsel below, all parties stipulate that pending dates in this matter may, upon order of the Court, be vacated.

The Parties further advise the Court that the settlement terms require the payment of a final installment on or before December 30, 2023, after which the Parties shall file a stipulation for the dismissal of the entire action with prejudice.

Dated: December 13, 2023

CHANG & COTÉ
A Limited Liability Partnership

By: _____
Rodney W. Bell
Audrey L. Khoo
*Attorneys for Plaintiff and Counter-defendant SANTOS ELECTRONICS INC. and Counter-defendant LIEN CHAI*

Dated: December 13, 2023

KLINEDINST PC

By: /s/ Samuel B. Strohbehn
Samuel B. Strohbehn
*Attorneys for Defendants OUTLAW AUDIO, LLC, BENJAMIN BREWER, JONATHAN S. LEDERMAN, PETER D. TRIBEMAN and Counterclaimant OUTLAW AUDIO, LLC*

/ / /

/ / /

/ / /

## ORDER

The Court, having reviewed the stipulation of the parties, and good cause appearing therefor, hereby vacates the Pretrial Conference previously scheduled in this matter for January 16, 2024, and the trial date of January 31, 2024.

Dated: _____

                                            Hon. JAMES V. SELNA
                                            United States District Court Judge

NOTICE OF SETTLEMENT AND STIPULATION TO
VACATE DATES; ORDER THEREON

## **ATTESTATION OF SIGNATURE**

As required by Local Rule 5-4.3.4(a)(2)(i), I, the undersigned, hereby attest that each signatory has concurred in the filing of this document and has authorized the filing with his or her signature block.

/s/ Rodney W. Bell

Rodney W. Bell

# CERTIFICATE OF SERVICE

*Santos Electronics Inc., et al. v. Outlaw Audio, LLC, et al.*
USDC CD CA Case No. 8:22-cv-827 JVS (KES)

I hereby certify that on December 13, 2023, I electronically filed the foregoing **NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES; PROPOSED ORDER** with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on December 13, 2023, at  City of Industry , California.

/s/ Rodney W. Bell
_____
Rodney W. Bell