| | |
|---|---|
| 1 | J. James Li, Ph.D., State Bar No. 202855 |
| | lij@lilaw.us |
| 2 | Daniel Peterson, State Bar No. 326798 |
| | petersond@lilaw.us |
| 3 | LILAW INC. |
| | 1905 Hamilton Avenue, Suite 200 |
| 4 | San Jose, California 95125 |
| | (650) 521-5956/Fax (650) 521-5955 |
| 5 | |
| | Rodney W. Bell, State Bar No. 125314 |
| 6 | rbell@changcote.com |
| | Chang & Cote, LLP |
| 7 | 177000 Castleton St, Suite 238 |
| | City of Industry, California 91748-5745 |
| 8 | (626) 854-2112/Fax (626) 854-2120 |
| 9 | Attorneys for Plaintiff and Counter-Defendant OSD AUDIO, Counter-Defendant Dave Chai |
| 10 | |
| 11 | Samuel B. Strohbehn, State Bar No. 257697 |
| | sstrohbehn@klinedinstlaw.com |
| | Greg A. Garbacz, Bar No. 167007 |
| 12 | ggarbacz@klinedinstlaw.com |
| | Irean Z. Swan, State Bar No. 313175 |
| 13 | iswan@klinedinstlaw.com |
| | KLINEDINST PC |
| 14 | 501 West Broadway, Suite 600 |
| | San Diego, California 92101 |
| 15 | (619) 400-8000/Fax (619) 238-8707 |
| 16 | Attorneys for Defendants OUTLAW AUDIO, LLC, BENJAMIN BREWER, JONATHAN S. LEDERMAN, PETER D. TRIBEMAN and Counter-claimant |
| 17 | OUTLAW AUDIO, LLC |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SANTOS ELECTRONICS INC., dba OSD AUDIO, a California corporation,, | Case No. 8:22-cv-827 JVS (KES) |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)]** |
| v. | Judge:     Honorable James V. Selna |
| OUTLAW AUDIO, LLC, a Massachusetts limited liability company, BENJAMIN BREWER, an individual, JONATHAN S. LEDERMAN, an individual, PETER D. TRIBEMAN, an individual, | Courtroom: 10C |
| | Trial Date:  January 30, 2024 |

1

Defendants.

AND RELATED COUNTERCLAIMS.

The parties to this action, Plaintiff/Counter-Defendant SANTOS ELECTRONICS INC., dba OSD AUDIO; Counter-Defendant LIEN CHAI; Defendant/Counterclaimant OUTLAW AUDIO, LLC; and Defendants BENJAMIN BREWER, JONATHAN S. LEDERMAN, and PETER D. TRIBEMAN (collectively, "Defendants"), through their respective attorneys, all HEREBY STIPULATE as follows:

1. Plaintiff SANTOS ELECTRONICS INC., dba OSD AUDIO ("OSD") hereby dismisses its Complaint (Dkt. #1, hereinafter the "Complaint") in its entirety, as against all Defendants, with prejudice.

2. Counterclaimant OUTLAW AUDIO ("Outlaw Audio") hereby dismisses its Counterclaim (Dkt. #19, hereinafter the "Counterclaim") in its entirety as against all Counter-defendants.

3. The Parties shall each bear their own respective attorney's fees and costs.

4. The Parties request the Court retain jurisdiction to enforce the Confidential Settlement Agreement between the parties, which was fully executed as of November 30, 2023.

SO STIPULATED:

|   |   |   |
|---|---|---|
|   |   | KLINEDINST PC |
| DATED: December 8, 2023 | By: | s/ Samuel B. Strohbehn |
|   |   | Samuel B. Strohbehn<br>Irean Z. Swan<br>Attorneys for Defendants OUTLAW AUDIO, LLC, BENJAMIN BREWER, JONATHAN S. LEDERMAN, PETER D. TRIBEMAN and Counter-claimant OUTLAW AUDIO, LLC |
|   |   | CHANG & COTE, LLP |
| DATED: December 8, 2023 | By: | *[signature]* |
|   |   | Rodney W. Bell<br>Attorneys for Plaintiff/Counter-defendant SANTOS ELECTRONICS INC., dba OSD AUDIO and Counter-Defendant Dave Chai |

# SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that the content of this document is acceptable to counsel for Defendant/Counterclaimant OUTLAW AUDIO, LLC and Defendants JONATHAN S. LEDERMAN, PETER D. TRIBEMAN, and BENJAMIN BREWER, and that I have obtained his authorization to affix his electronic signature to this document.

CHANG & COTE, LLP

DATED:  December 8, 2023          By: /s/ Rodney W. Bell
Rodney W. Bell
Attorneys for Plaintiff/Counter-defendant
SANTOS ELECTRONICS INC., dba OSD
AUDIO and Counter-Defendant Dave Chai

# CERTIFICATE OF SERVICE

*Santos Electronics Inc., et al. v. Outlaw Audio, LLC, et al.*
USDC CD CA Case No. 8:22-cv-827 JVS (KES)

I hereby certify that on [Date], I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)]** with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on December 29, 2023, at City of Industry, California.

/s/ Rodney W. Bell