**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SANTOS ELECTRONICS INC., dba OSD AUDIO, a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>OUTLAW AUDIO, LLC, a Massachusetts limited liability company, BENJAMIN BREWER, an individual, JONATHAN S. LEDERMAN, an individual, PETER D. TRIBEMAN, an individual.<br><br>*Defendant.* | Case No. 8:22-cv-827 JVS (KESx)<br><br><br><br><br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE ON STIPULATION OF PARTIES [133]** |
| OUTLAW AUDIO, LLC, a Massachusetts limited liability company,<br><br>*Counterclaimant,*<br><br>vs.<br><br>SANTOS ELECTRONICS INC., dba OSD AUDIO, a California corporation, LIEN CHAI, aka DAVE CHAI, an individual, and ROES 1 THROUGH 20.<br><br>*Counter-Defendants.* | |

/ / /

-1-
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

The Court, having reviewed the stipulation of the parties filed in this matter on January 3, 2024, and good cause appearing therefore, hereby orders as follows:

1. The Complaint of Plaintiff SANTOS ELECTRONICS INC., dba OSD AUDIO (Dkt. #1) is dismissed in its entirety, as against all Defendants, with prejudice.

2. The Counterclaims of Counterclaimant OUTLAW AUDIO, LLC (Dkt. #19) are hereby dismissed in their entirety as against all Counter-defendants.

3. The Parties shall each bear their own respective attorney's fees and costs.

4. Court retains jurisdiction to enforce the Confidential Settlement Agreement between the parties, which was fully executed as of November 30, 2023.

Dated: January 04, 2024

_____
Hon. JAMES V. SELNA
United States District Judge